**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 109 WAL 2023

:

Respondent     :

:

:    Petition for Allowance of Appeal

:    from the Order of the Superior Court

v.     :

:

:

HUBERT W. WINGATE,     :

:

Petitioner     :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.